```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LEE MAX LARRIVIERE                              CIVIL ACTION

VERSUS                                          NO: 08-4420

VERNON BOURGEOIS, ET AL.                        SECTION: R
```

## ORDER AND REASONS

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation, R. Doc. 24, hereby approves the Report and adopts it as its opinion. Accordingly, plaintiff's Complaint is hereby DISMISSED for failure to prosecute.

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of December, 2009.

*Sarah Vance*
_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**